UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL P. GASPER,

        Plaintiff,        Case No. 1:10-cv-593

v.        Honorable Paul L. Maloney

BARBARA SAMPSON et al.,

        Defendants.
_____/

## ORDER FOR PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendants Sampson and Nolan be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

IT IS FURTHER ORDERED that the Clerk shall arrange for service of summons and amended complaint (docket #18), along with a copy of this order, upon Defendants Barnwell, Sabin and Steed.

IT IS FURTHER ORDERED that Defendants shall reply to the amended complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law. *See* 42 U.S.C. § 1997e(g)(1).


Dated:   October 27, 2010        /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 Chief United States District Judge