UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL P. GASPER,

    Plaintiff,

v.

                              Case No.: 1:10-cv-593

BRIAN STEED et al.,

                              HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's claims for damages against defendant Steed in his official capacity are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that plaintiff's request for injunctive relief is **DISMISSED as moot**.

**IT IS FURTHER ORDERED** that defendant Steed's motion for summary judgment (ECF No. 44) is **GRANTED**.

Dated:  October 27, 2011                          /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                        Chief United States District Judge