UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL P. GASPER,

    Plaintiff,

v.

                  Case No. 1:10-cv-593

                  HONORABLE PAUL L. MALONEY

BRIAN STEED, et al.,

    Defendants,
_____/

## PARTIAL JUDGMENT

Pursuant to Fed.R.Civ.P. 54(b), the Court finds no just reason for delay and, therefore, **JUDGMENT** is hereby entered in favor of defendant Steed on all of plaintiff's claims for damages against him.

**As to defendant Steed, this action is terminated**.


Date:  October 27, 2011                               /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District