UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL P. GASPER,

    Plaintiff,

v.

                                      Case No. 1:10-cv-593

BRIAN STEED, et al.,                   HONORABLE PAUL L. MALONEY

    Defendants,
_____/

## PARTIAL JUDGMENT

    Pursuant to Fed.R.Civ.P. 54(b), the Court finds no just reason for delay and, therefore, **JUDGMENT** is hereby entered in favor of defendant Steed on all of plaintiff's claims for damages against him.

    **As to defendant Steed, this action is terminated**.


Date:  October 27, 2011                             /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                           Chief United States District