UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL P. GASPER,

    Plaintiff,

                                            Case No.: 1:10-cv-593

v.

                                            HONORABLE PAUL L. MALONEY

PAULA P. GARVER, et al.,

    Defendants.
                                       /

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 73).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's request for injunctive relief is DISMISSED as moot.

**IT IS FURTHER ORDERED** that plaintiff's claims for damages against defendants in their official capacities are DISMISSED with prejudice because they are barred by Eleventh Amendment immunity.

**IT IS FURTHER ORDERED** that defendants' motions for summary judgment (ECF No. 58 and 68) are GRANTED.

Dated:  August 31, 2012                               /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               Chief United States District Judge