UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL P. GASPER,

    Plaintiff,

v.

PAULA P. GARVER, et al.,

    Defendants,
_____/

Case No. 1:10-cv-593

HONORABLE PAUL L. MALONEY

## JUDGMENT

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendants on all plaintiff's claims against defendants in their individual capacities.

Date:  August 31, 2012

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District