UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL P. GASPER,

       Plaintiff,

                                              Case No. 1:10-cv-593

v.

                                              HONORABLE PAUL L. MALONEY

PAULA P. GARVER, et al.,

       Defendants,
_____/

## JUDGMENT

      Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendants on all plaintiff's claims against defendants in their individual capacities.

Date:  August 31, 2012                          /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District